BENJAMIN D. HARGROVE
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 651-6101
Fax: (406) 657-6989
E-mail: Benjamin.Hargrove@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED
OCT 0 4 2023
Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GLENN GALE WARE, <br><br> Defendant. | CR 23-\|\7-BLG-SPW <br><br> **INDICTMENT** <br><br> THREATS TO INJURE AND MURDER A FEDERAL LAW ENFORCEMENT OFFICER (Count 1) <br> Title 18 U.S.C. § 115(a)(1)(B), (b)(4) <br> (Penalty for Threat to Murder: Ten years of imprisonment, $250,000 fine, and three years of supervised release) <br><br> (Penalty for Threat to Assault: Six years of imprisonment, $250,000 fine, and three years of supervised release) <br><br> HARASSING TELEPHONE CALLS (Count 2) <br> Title 47 U.S.C. § 223(a)(1)(E) <br> (Penalty: Two years of imprisonment, $250,000 fine, and three years of supervised release) |

THE GRAND JURY CHARGES:

1

## COUNT 1

That on or about July 11, 2023, at Billings, in Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, GLENN GALE WARE, threatened to assault and murder a federal law enforcement officer, specifically a Special Agent for the Federal Bureau of Investigation, with the intent to impede, intimidate, and interfere with such officer while engaged in, and with intent to retaliate against such officer on account of, the performance of his official duties, in violation of 18 U.S.C. § 115(a)(1)(B), (b)(4).

## COUNT 2

That between on or about June 19, 2023, and August 12, 2023, at Billings, in Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, GLENN GALE WARE, in interstate and foreign communications, knowingly made repeated interstate telephone calls and repeatedly initiated communication with a telecommunications device, during which conversation and

///

///

///

///

///

///

communication ensued, solely to harass a person at the called number and the person who received the communication, in violation of 47 U.S.C. § 223(a)(1)(E).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

*/s/ Timothy J. Rau*
JESSE A. LASLOVICH
United States Attorney

*/s/ Cyndee L. Peterson*
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney