IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GLENN GALE WARE,<br><br>Defendant. | CR 23-117-BLG-SPW<br><br>ORDER |

On February 13, 2025, the Court held a hearing to address the question of whether Defendant Glenn Gale Ware is competent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Upon the record made in open court,

IT IS HEREBY ORDERED:

The Court has determined that Defendant Glenn Gale Ware is competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 13th day of February, 2025.

SUSAN P. WATTERS
United States District Judge